## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

CALEB REESE, et al.,
    *Appellants,*

      *v.*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, et al.,
    *Appellees.*

No. 23-30033

## APPELLEES' UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

For the reasons that follow, the government respectfully moves for a 30-day extension of time, to and including May 12, 2023, within which to file its response brief in this case. Appellants do not oppose the motion. In support of this motion, appellees state the following:

1. Appellants filed their opening brief on March 13, 2023. The government's response brief is currently due on April 12, 2023. The government has not requested any prior extensions, and no oral argument date has been set.

2.  The requested extension is necessary to allow the government adequate time to prepare its response.  Abby C. Wright is the attorney with supervisory responsibility over this case.  Ms. Wright is responsible for several other appellate matters with upcoming deadlines, including the following: *Bridgeport Hosp. v. Becerra*, No. 22-5249 (D.C. Cir.) (opening brief due on March 20, 2023); *Deanda v. Becerra*, No. 23-10159 (5th Cir.) (opening brief due on April 24, 2023); *SandPiper Residents Association. v. HUD*, No. 22-5334 (D.C. Cir.) (response brief due on April 28, 2023); *Doe v. Lieberman*, No. 22-5221 (D.C. Cir.) (response brief due on May 10, 2023).

3.  Steven Hazel has principal responsibility for preparing the government's brief in this case.  Mr. Hazel is also currently responsible for multiple time-sensitive internal matters.

4.  In light of these matters, the government respectfully requests a 30-day extension of time, to and including May 12, 2023, to prepare the response brief.  A 30-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

5.  Appellants' counsel has indicated that appellants do not object to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 30 days, to and including May 12, 2023.

Respectfully submitted,

Abby C. Wright

/s/ Steven H. Hazel

Steven H. Hazel
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7217*
*Washington, D.C. 20530*
*(202) 514-2498*

MARCH 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 319 words, according to the word count of Microsoft Word.

*/s/ Steven H. Hazel*
Steven H. Hazel

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the

foregoing with the Clerk of the Court by using the appellate CM/ECF

system. Participants in the case are registered CM/ECF users, and service

will be accomplished by the appellate CM/ECF system.

*/s/ Steven H. Hazel*

Steven H. Hazel