

**U.S. Department of Justice**

Civil Division

---

Tel:  202-514-2498

VIA CM/ECF

July 10, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

RE:   *Reese v. ATF* (No. 23-30033) (oral argument not yet scheduled)

Dear Mr. Cayce:

    I am the government attorney with principal responsibility for the above-referenced appeal.  Another appeal for which I am principally responsible—*Cooper v. Attorney General*, No. 22-13893 (11th Cir.)—has been tentatively calendared for oral argument during the week of October 2.  If *Reese* is scheduled for argument, I would be grateful if argument could be set for a date that does not fall within that week.

    Thank you for your consideration.

                          Sincerely,

                            */s/ Steven H. Hazel*
                            Steven H. Hazel
                            Attorney

cc:   all counsel (via CM/ECF)

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                */s/ Steven H. Hazel*
                STEVEN H. HAZEL