EXHIBIT A

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

|  |  |  |
|---|---|---|
| CALEB REESE, *et al*., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | No. 23-30033 |
| v. | ) | |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS, AND EXPLOSIVES, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF CHRISTIAN MICHAEL BROUSSARD

I, Christian Michael Brousard, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Vermilion Parish, Louisiana.

2. I am 18 years old.

3. I am a member of Firearms Policy Coalition, Inc., Second Amendment Foundation, and Louisiana Shooting Association.

4. On account of my age, I am not able to lawfully purchase a handgun from a federally licensed firearms dealer. My age is the only thing that disqualifies me from doing so. I am otherwise legally able to purchase a handgun from a federally licensed firearms dealer.

1

5. I desire to purchase a new Colt 1911 handgun, chambered for .45 ACP, from a federally licensed firearm dealer. If I were not barred from doing so on account of my age, I would purchase such a handgun forthwith.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December _21_, 2023

Christian Michael Broussard

2