# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30033   Reese v. Bureau of Alcohol
                  USDC No. 6:20-CV-1438

Enclosed is an order entered in this case.

The court has granted the motion to supplement the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Mr. George J. Armbruster III
Mr. William V. Bergstrom
Ms. Janet R. Carter
Mr. Joseph Greenlee
Mr. Steven H. Hazel
Ms. Sarah A Hunger
Mr. Timothy Robert William Kappel
Mr. Tony R. Moore
Mr. John David Ohlendorf
Mr. Peter A. Patterson
Mr. David H. Thompson
Mr. Ivan Wohner
Ms. Abby Christine Wright