# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30033
_____

Caleb Reese; Firearms Policy Coalition, Incorporated; Second Amendment Foundation; Louisiana Shooting Association; Emily Naquin,

*Plaintiffs—Appellants*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Merrick Garland, *U.S. Attorney General*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CV-1438

_____

ORDER:

    IT IS ORDERED that Appellants' motion to supplement the record with the Declaration of Christian Michael Broussard is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT