# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 08, 2024

Mr. Steven H. Hazel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 7216
Washington, DC 20530

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

    No. 23-30033   Reese v. Bureau of Alcohol
                   USDC No. 6:20-CV-1438

Dear Counsel:

Please be advised that the court has requested letter briefs from the parties not exceeding 10 pages addressing the Supreme Court's decision in *United States v. Rahimi*, No. 22-915 (June 21, 2024).

The letter briefs should be filed in this office by close of business on or before July 25, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. George J. Armbruster III
     Mr. William V. Bergstrom
     Ms. Janet R. Carter
     Mr. Joseph Greenlee
     Ms. Sarah A Hunger
     Mr. Timothy Robert William Kappel
     Mr. John David Ohlendorf

Mr. Peter A. Patterson  
Mr. Ivan Wohner  
Ms. Abby Christine Wright