

**U.S. Department of Justice**
Civil Division

VIA CM/ECF

November 8, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

RE:   *Reese v. ATF* (No. 23-30033)

Dear Mr. Cayce:

      We write to inform the Court of the Tenth Circuit's recent decision in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251, 2024 WL 4677573 (Nov. 5, 2024). That case involved a Second Amendment challenge to a state law prohibiting the sale of firearms to under-21-year-olds. In declining to uphold an order preliminarily enjoining the law, the Tenth Circuit held that regulations imposing "a minimum purchase age of 21" "on the commercial sale or purchase of arms" generally pass constitutional muster. *Id.* at *23. The court explained that the Supreme Court has repeatedly identified "laws imposing conditions and qualifications on the commercial sale of arms" as presumptively constitutional. *Id.* at *15-16 (quoting *District of Columbia v. Heller*, 554 U.S. 570, 627 (2008)). And the court of appeals emphasized that "at the Founding most states set the age of majority at 21," and that in modern times a "significant number of jurisdictions" have restricted the purchase of arms by under-21-year-olds. *Id.* at *20-21. The Tenth Circuit also rejected many of the arguments that plaintiffs raise in this case. For example, the court recognized as "misguided" the "notion that the minimum age for purchasing a firearm should automatically mirror the minimum voting age" or "the age at which most states currently set the age of majority." *Id.* at *20. These and other aspects of the Tenth Circuit's decision support the constitutionality of the federal provisions at issue here.

Sincerely,

*/s/ Steven H. Hazel*
Steven H. Hazel
Attorney

cc:  all counsel (via CM/ECF)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                    /s/ *Steven H. Hazel*
                                                    STEVEN H. HAZEL