# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Mr. George J. Armbruster III
Armbruster & Associates, A.P.L.C.
332 E. Farrel Road
Suite D
Lafayette, LA 70508

Mr. William V. Bergstrom
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Ms. Janet R. Carter
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163

Mr. Joseph Greenlee
Greenlee Law, P.L.L.C.
P.O. Box 4061
McCall, ID 83638

Mr. Steven H. Hazel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Sarah A Hunger
Illinois Attorney General's Office
Solicitor General's Office
115 S. LaSalle Street
23rd Floor
Chicago, IL 60603

Mr. Timothy Robert William Kappel
Wells & Kappel, L.L.P.
1615 Poydras Street
Suite 900
New Orleans, LA 70112

Mr. John David Ohlendorf
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Peter A. Patterson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Ivan Wohner
Everytown Law
1200 Pennsylvania Avenue, N.W.
P.O. Box 14780
Washington, DC 20044

Ms. Abby Christine Wright
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-30033   Reese v. Bureau of Alcohol
                          USDC No. 6:20-CV-1438

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Leto, Deputy Clerk
                          504-310-7703

Case No. 23-30033

Caleb Reese; Firearms Policy Coalition, Incorporated; Second Amendment Foundation; Louisiana Shooting Association; Emily Naquin,

            Plaintiffs - Appellants

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; James R. McHenry III, Acting U.S. Attorney General,

            Defendants - Appellees