# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CALEB REESE, et al.<br><br>　　　　　　Plaintiffs-Appellants,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES, et al.<br><br>　　　　　　Defendants-Appellees. | No. 23-30033 |

### UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING EN BANC

Defendants-Appellees respectfully request a 30-day extension of time, to and including April 16, 2025, in which to file a petition for rehearing en banc. The government has not requested any prior extension of time. Counsel for plaintiffs-appellants have indicated that they do not oppose this motion.

There is good cause for an extension for the following reasons.

**1.** This case concerns provisions of federal law prohibiting the commercial sale of handguns to individuals under the age of 21. *See* 18 U.S.C. §§ 922(b)(1), (c)(1). On January 30, 2025, a panel of this court held that those provisions "and their attendant regulations are unconstitutional" under the Second Amendment. Op. 28-29. The

Court reversed the district court's judgment and remanded for further proceedings. Any petition for rehearing would be due on March 17, 2025.

**2.** The panel's decision addresses important issues concerning the Second Amendment. Before the government may file a petition for rehearing en banc, such a petition must be authorized by the Solicitor General. *See* 28 C.F.R. § 0.20(b). The decision whether to seek rehearing, as well as decisions regarding the substance of any petition, require consultation with and coordination among interested agencies and components of the Department of Justice.

In addition, following a change in administration, on February 7, 2025, the President issued an Executive Order titled *Protecting Second Amendment Rights,* https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights. Among other things, the Order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." *Id.* § 2(b)(v).

An extension will permit time for this review and ensure that litigation is informed by the views of current agency leadership.

**3.** Counsel for plaintiffs-appellants has indicated that they do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB
COURTNEY L. DIXON

/s/ *Steven H. Hazel*
STEVEN H. HAZEL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7217*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-2498*

March 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 317 words, according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
Steven H. Hazel