# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 25, 2025
Lyle W. Cayce
Clerk

No. 23-30033

---

CALEB REESE; FIREARMS POLICY COALITION, INCORPORATED;
SECOND AMENDMENT FOUNDATION; LOUISIANA SHOOTING
ASSOCIATION; EMILY NAQUIN,

*Plaintiffs—Appellants,*

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES;
STEVEN DETTELBACH, *Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; JAMES R. MCHENRY III, *Acting U.S. Attorney General*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CV-1438

---

ORDER:

IT IS ORDERED that Appellees' unopposed motion for an extension of 30 days, or, to and including April 16, 2025, to file its petition for rehearing/petition for rehearing en banc is GRANTED.

_____
EDITH H. JONES
*United States Circuit Judge*