# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2025

Mr. Daniel J. McCoy
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

  No. 23-30033   Reese v. Bureau of Alcohol
           USDC No. 6:20-CV-1438

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christy Combel*
                              By: _____
                              Christy M. Combel, Deputy Clerk
                              504-310-7651

cc:
    Mr. George J. Armbruster III
    Mr. William V. Bergstrom
    Ms. Janet R. Carter
    Mr. Joseph Greenlee
    Mr. Steven H. Hazel
    Ms. Sarah A Hunger
    Mr. Timothy Robert William Kappel
    Mr. John David Ohlendorf
    Mr. Peter A. Patterson
    Mr. David H. Thompson
    Mr. Ivan Wohner
    Ms. Abby Christine Wright